# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| AMEC Environment & Infrastructure, Inc. ) | ASBCA No. 59678 |
| ) | |
| Under Contract No. N33191-09-D-0118 ) | |

APPEARANCES FOR THE APPELLANT:    David A. Rose, Esq.
Patricia Kreis, Esq.
  Rose Consulting Law Firm
  Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
David L. Koman, Esq.
  Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 9 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59678, Appeal of AMEC Environment & Infrastructure, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals